

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00980-CV

**IN RE** Crystal Gayle **CALDWELL-BAYS**

Original Habeas Proceeding[1]

### ORDER

On December 21, 2018, relator filed a petition for writ of habeas corpus. The real party in interest filed a response, to which relator replied. After considering the petition, response, and reply, we DENY the petition. However, we (a) STRIKE that portion of the trial court's "Order Holding [relator] in Contempt, Granting Judgment, and for Commitment to County Jail" that orders relator to obtain a release of "all other liens on 160 Cherry Bluff Ridge N., Comfort, Texas 78016 and 916 Lytle Street, Kerrville, Kerr County. Texas 78028" and (b) STRIKE section II of the "Order Holding [relator] in Contempt, Granting Judgment, and for Commitment to County Jail", which finds "Violations 3 and 4."

We VACATE our December 21, 2018 Order releasing relator on bond and REMAND relator back to the custody of the Kendall County, Texas county jail.

It is so **ORDERED** on March 6, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 16-237CCL, styled *In the Matter of the Marriage of Crystal Gayle Caldwell-Bays and Marvin Bays and In the Interest of B.J.B., B.B.B., J.C.B., and M.B.B., Children*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Michael P. Peden presiding.